UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

YMTE, INC.,
    Defendants.

Case No.: 20-cv-24832-dDPG

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, through undersigned, hereby dismisses this matter *with prejudice* against Defendant, YMTE, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

*s/ Lauren N Wassenberg*
Lauren N. Wassenberg, Esq. (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Ph: 561-571-0646
wassenbergl@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record identified on the Service List for this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*s/ Lauren N. Wassenberg*
Lauren N. Wassenberg, Esq. (FBN: 34083)
   *Attorney for Plaintiff*